# United States District Court

## Western District of Texas

SERGIO GALINDO DBA JESS
CONTRACTING, LLC,
Plaintiff,

v.

CITY OF DEL RIO,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-20-CV-020-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the City of Del Rio's motion to dismiss is GRANTED and the claims DISMISSED WITHOUT PREJUDICE pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367(c).

| 3/26/2021 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | *J. Sanchez* |
| | *(By) Deputy Clerk* |